UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**PATRICK ERWIN, et al.,**

    *Plaintiffs,*

CASE NO.: 0:24-cv-61685-WPD

v.

**WELLS FARGO BANK, N.A., et al.**

    *Defendants,*
_____/

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Plaintiffs, PATRICK and CHRISITNA ERWIN, and Defendant, EQUIFAX INFORMATION SERVICES LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: March 11, 2025

*Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SEYFARTH SHAW LLP** |
| 830 North Federal Highway | 233 S. Wacker Drive |
| Lake Worth, FL 33460 | Chicago, IL 60606-6448 |
| Telephone: 561-655-3925 | Telephone: (312) 460-5000 |
| Fax: 844-921-1022 | Facsimile: (312) 460-7000 |
| | |
| */s/ Eiman Sharmin* | */s/ Paige Vacante* |
| Eiman Sharmin, Esq. | Paige Vacante |
| FBN: 716391 | Florida Bar No. 1019135 |
| Email: eiman@sharminlaw.com | Email: pvacante@seyfarth.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant*<br>*Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiffs*