UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**PATRICK ERWIN, et al.,**

    *Plaintiffs,*

CASE NO.: 0:24-cv-61685-WPD

v.

**WELLS FARGO BANK, N.A., et al.**

    *Defendants,*
_____/

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC

Plaintiffs, PATRICK and CHRISITNA ERWIN, and Defendant, TRANS UNION, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: March 12, 2025

    *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.**<br>830 North Federal Highway<br>Lake Worth, FL 33460<br>Telephone: 561-655-3925<br>Fax: 844-921-1022<br><br>*/s/ Eiman Sharmin*<br>Eiman Sharmin, Esq.<br>FBN: 716391<br>Email: eiman@sharminlaw.com<br><br>*Counsel for Plaintiffs* | **TRANS UNION, LLC**<br>555 W. Adams Street<br>Chicago, IL 60661<br>Telephone: 469-578-1464<br><br>*/s/ Charlotte Long*<br>Charlotte Long, Esq.<br>Florida Bar No. 0112517<br>Email: charlotte.long@transunion.com<br><br>*Counsel for Defendant*<br>*Trans Union, LLC* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 12, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiffs*