UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61685-WPD

PATRICK ERWIN, et al.,

       Plaintiffs,

-V-

WELLS FARGO BANK, N.A., et al.

       Defendants.

_____/

## ORDER OF DISMISSAL

This cause is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice as to Defendant TransUnion, LLC. [DE 29]. The Court has considered the Stipulation, notes signatures of counsels, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 29] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE** as to Defendant TransUnion, LLC.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of April 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record