UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61685-WPD

PATRICK ERWIN, et. al.,

    Plaintiffs,

-V-

WELLS FARGO BANK, N.A., et. al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services, LLC. [DE 33]. The Court has considered the Stipulation, notes signatures of counsels, and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 33] is **APPROVED**;
2. This action is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC.
3. This action remains open as one Defendant—Wells Fargo Bank, N.A., remains active.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of May 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record