**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**PATRICK ERWIN, et al.,**

        *Plaintiffs,*                      **CASE NO.: 0:24-cv-61685-WPD**

**v.**

**WELLS FARGO BANK, N.A., et al.**

        *Defendants,*
_____/

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT WELLS FARGO BANK, N.A.

Plaintiffs, PATRICK and CHRISITNA ERWIN, and Defendant, WELLS FARGO BANK, N.A., hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: July 24, 2025

*Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **LIEBLER, GONZALEZ & PORTUONDO** |
| 830 North Federal Highway | 44 West Flagler Street-25th Floor |
| Lake Worth, FL 33460 | Miami, Florida 33130 |
| Telephone: 561-655-3925 | Telephone: (305) 379-0400 |
| Fax: 844-921-1022 | Facsimile: (305) 379-9626 |
| | |
| */s/ Eiman Sharmin* | */s/ Adam J. Wick* |
| Eiman Sharmin, Esq. | ADAM J. WICK, ESQ. |
| FBN: 716391 | Florida Bar No. 057950 |
| Email: eiman@sharminlaw.com | ajw@lgplaw.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendant* |
| | *Wells Fargo Bank, N.A.* |