UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61685-CIV-DIMITROULEAS

PATRICK ERWIN, et al,

    Plaintiffs,

vs.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Notice of Dismissal with Prejudice as to Defendant Wells Fargo Bank, N.A. [DE 38] (the "Stipulation"), filed herein on September 23, 2025. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 38] is hereby **APPROVED**;

2. There appearing no remaining defendants, the Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 25th day of September, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record